# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OPS ACCOUNTING, INC. | ) | Case No. 21-00001 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

## BALLOT TO ACCEPT OR REJECT DEBTOR'S PLAN OF REORGANIZATION

Debtor and Debtor in Possession OPS ACCOUNTING, INC. ("Debtor"), filed a Plan of Reorganization dated April 1, 2021 (the "Plan") in the above captioned bankruptcy proceeding.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims in more than one class, you should file a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by the Clerk of the United States Bankruptcy Court, 219 S. Dearborn Street, Chicago, IL 60604 on or before _____ (and such deadline is not extended), your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Court it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, a creditor of the Debtor in Class \_\_\_\_\_ and in the amount of _____:

Check One Only:    \_\_\_\_\_ Accepts the Plan        \_\_\_\_\_ Rejects the Plan

Dated: _____    Creditor Name: _____
Signature: _____
Printed Name of Signatory: _____
Title _____
Address: _____
_____

**RETURN THIS BALLOT TO:**
**Clerk of the U.S. Bankruptcy Court**
**219 S. Dearborn Street, Chicago, IL 60604**
**www.ilnb.uscourts.gov**