**Ops Accounting, Inc.**
**Profit and Loss**
**Forecast**
**Exhibit C**

|  | 2021 | 2022 | 2023 | 2024 | 2025 | Totals |
|---|---:|---:|---:|---:|---:|---:|
| **Income** | | | | | | |
|   Services | 55,380.00 | 55,380.00 | 55,380.00 | 55,380.00 | 55,380.00 | 276,900.00 |
|   New Business | 10,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 20,000.00 | 75,000.00 |
|   Tax Season | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 75,000.00 |
| **Total Income** | $ 80,380.00 $ | 85,380.00 $ | 85,380.00 $ | 85,380.00 $ | 90,380.00 | 426,900.00 |
| **Cost of Goods Sold** | | | | | | |
|   Annual Reports | 1,646.50 | 1,850.00 | 2,000.00 | 2,150.00 | 2,300.00 | 9,946.50 |
|   Cloud Software | 2,516.92 | 2,516.92 | 2,516.92 | 2,516.92 | 2,516.92 | 12,584.60 |
|   Merchant Fees | 4,792.52 | 4,792.52 | 4,792.52 | 4,792.52 | 4,792.52 | 23,962.60 |
|   Service Bureau | 1,027.60 | 1,100.00 | 1,250.00 | 1,400.00 | 1,550.00 | 6,327.60 |
|   Subcontractors | 5,115.70 | 5,400.00 | 5,750.00 | 6,000.00 | 6,500.00 | 28,765.70 |
| **Total Cost of Goods Sold** | $ 15,099.24 $ | 15,659.44 $ | 16,309.44 $ | 16,859.44 $ | 17,659.44 | 81,587.00 |
| **Gross Profit** | $ 65,280.76 $ | 69,720.56 $ | 69,070.56 $ | 68,520.56 $ | 72,720.56 | 345,313.00 |
| **Expenses** | | | | | | |
|   Advertising | 985.93 | 1,200.00 | 1,350.00 | 1,500.00 | 1,650.00 | 6,685.93 |
|   Auto Expense | 87.11 | 100.00 | 130.00 | 200.00 | 250.00 | 767.11 |
|   Bank Service Fees | 187.00 | 187.00 | 187.00 | 187.00 | 187.00 | 935.00 |
|   Client Development | 0.00 | 150.00 | 150.00 | 150.00 | 150.00 | 600.00 |
|   Computer Supplies | 95.61 | 95.61 | 95.61 | 95.61 | 95.61 | 478.05 |
|   Continuing Education | 809.73 | 1,000.00 | 1,200.00 | 1,350.00 | 1,500.00 | 5,859.73 |
|   Dues & Subscriptions | 9,645.79 | 10,100.00 | 10,500.00 | 11,000.00 | 12,000.00 | 53,245.79 |
|   Education & Seminars | 658.95 | 658.95 | 658.95 | 658.95 | 658.95 | 3,294.75 |
|   Insurance | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 2,500.00 |
|   Interest | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - |
|   Internet & Hosting | 4,245.01 | 4,245.01 | 4,245.01 | 4,245.01 | 4,245.01 | 21,225.05 |
|   Licenses & Permits | 35.95 | 35.95 | 35.95 | 35.95 | 35.95 | 179.75 |
|   Office Supplies | 5,224.94 | 5,224.94 | 5,224.94 | 5,224.94 | 5,224.94 | 26,124.70 |
|   Payroll Services | 261.00 | 261.00 | 261.00 | 261.00 | 261.00 | 1,305.00 |
|   Postage & Delivery | 131.95 | 200.00 | 250.00 | 300.00 | 350.00 | 1,231.95 |
|   Refunds | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - |
|   Reimbursed expenses | 511.76 | 511.76 | 511.76 | 511.76 | 511.76 | 2,558.80 |
|   Rent | 6,000.00 | 7,000.00 | 7,500.00 | 8,000.00 | 8,000.00 | 36,500.00 |
|   Salaries & Wages | 15,000.00 | 15,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 90,000.00 |
|   Tax Software | 5,163.09 | 5,163.09 | 5,163.09 | 5,163.09 | 5,163.09 | 25,815.45 |
|   Telephone | 2,224.07 | 2,224.07 | 2,224.07 | 2,224.07 | 2,224.07 | 11,120.35 |
|   Travel & Transportation | 204.74 | 250.00 | 300.00 | 350.00 | 400.00 | 1,504.74 |
|   Utilities | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 1,500.00 |
| **Misc. Expenses** | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 1,000.00 |
| **Total Expenses** | $ 52,472.63 $ | 54,607.38 $ | 60,987.38 $ | 62,457.38 $ | 63,907.38 | 294,432.15 |
| **Net Operating Income** | $ 12,808.13 $ | 15,113.18 $ | 8,083.18 $ | 6,063.18 $ | 8,813.18 | 50,880.85 |
| | | | | | | |
| **Plan Payments** | | | | | | |
|   Administrative Claims | 6,000.00 | 6,000.00 | | | | 12,000.00 |
|   First Home Bank | 6,000.00 | 6,000.00 | | | | 12,000.00 |
|   General Unsecured | | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 20,000.00 |
| **Total Plan Payments** | 12,000.00 | 17,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 44,000.00 |
| | | | | | | |
| **Net Income** | 808.13 | -1,886.82 | 3,083.18 | 1,063.18 | 3,813.18 | 6,880.85 |