UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number:  21-00001 |
| | ) | |
| OPS ACCOUNTING, INC. | ) | Chapter:  11 |
| | ) | |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| Debtor(s) | ) | |

## ORDER CONFIRMING SECOND AMENDED PLAN OF REORGANIZATION
## DATED JULY 13, 2021 FILED BY OPS ACCOUNTING, INC.

This matter coming to be heard upon the confirmation hearing on the Modified Plan of Reorganization filed by OPS ACCOUNTING, INC. (the "Debtor") on May 6, 2021 [Dkt. 33] (the "Plan").  The Debtor having made non-material modifications to the Plan and having filed a Second Amended Plan of Reorganization dated July 13, 2021 [Dkt. 46] (the "Modified Plan").  The Court finding that the conditions for confirming the Modified Plan have been met and being otherwise fully advised in the premises,

 IT IS HEREBY ORDERED that:

1.    The Modified Plan Docket Number 46 is confirmed.

2.    A post-confirmation status conference on the confirmed Modified Plan is hereby set for September 2, 2021 at 10:30 a.m.

Enter:

Honorable Carol A. Doyle

United States Bankruptcy Judge

Dated: July 15, 2021

**Prepared by:**

Miriam R. Stein
Gutnicki LLP
4711 Golf Road, Suite 200
Skokie, IL 60076
(847) 745-6592
mstein@gutnicki.com