IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | Case No. 21-00001 |
| | ) | |
| **OPS ACCOUNTING, INC.** | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

## NOTICE OF APPLICATION

PLEASE TAKE NOTICE that on **Thursday, December 2, 2021 at 10:00 a.m.** or as soon thereafter as counsel may be heard, I will appear before the Honorable Carol A. Doyle, or any judge sitting in that judge's place and present the **SECOND INTERIM AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GUTNICKI LLP,** a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance at the courthouse is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/join. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is 161 155 8289 and the passcode is Doyle742. The meeting ID and passcode can also be found on Judge Doyle's webpage on the court's website, https://www.ilnb.uscourts.gov/content/judge-carol-doyle.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                        OPS ACCOUNTING, INC.

                        By:   /s/ Miriam R. Stein
                                 One of its Counsel

Miriam R. Stein
Gutnicki LLP
4711 Golf Road, Suite 200
Skokie, IL 60076
(847) 745-6592
mstein@gutnicki.com

## CERTIFICATE OF SERVICE

I, Miriam R. Stein, an attorney, hereby certify that on November 11, 2021, I caused a true and correct copy of the foregoing Notice of Motion and Motion to be filed with the Clerk of the Bankruptcy Court using the CM/ECF system, which will electronically notify the parties listed with the Court. For all parties not registered with the Court's CM/ECF system a true and correct copy was served by U.S. Regular mail as indicated on the service list.

By: /s/ Miriam R. Stein_____

## SERVICE LIST

### VIA ECF

- Kara Allen    kallen@gutnicki.com
- Matthew Brash    mbrash@newpointadvisors.us, I003@ecfcbis.com
- James M. Crowley    jcrowley@plunkettcooney.com, mfarhoud@plunkettcooney.com;mmusto@plunkettcooney.com
- David Freydin    david.freydin@freydinlaw.com, vincent@freydinlaw.com
- Matthew L. Hendricksen    mhendricksen@plunkettcooney.com, lsavitch@plunkettcooney.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

### VIA U.S. MAIL

OPS Accounting, Inc.
c/o Theodore Galatsianos
1590 S. Milwaukee Avenue, Suite 209
Libertyville, IL 60048

JP Morgan Chase Bank NA
Bankruptcy Mail Intake Team
700 Kansas Lane Fl. 01
Monroe, LA 71203-4774

Dept. of Treasury
SBA
409 3rd Street, SW
Washington, DC 20416-0005

Dept. of Treasury
IRS
PO Box 7346
Philadelphia, PA 19101-7346

Focus Commercial Property Mgmt
1590 S. Milwaukee Avenue, Suite 215
Vernon Hills, IL 60061

IRS
Mail Stop 5014CHI
230 S. Dearborn St., Room 2600
Chicago, IL 60604

Regus Management Group LLC
10 S. Riverside Plaza
Chicago, IL 60606

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | Case No. 21-00001 |
| | ) | |
| **OPS ACCOUNTING, INC.** | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

**SECOND INTERIM AND FINAL APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF GUTNICKI LLP
AS COUNSEL TO THE DEBTOR**

Gutnicki LLP ("Gutnicki"), bankruptcy counsel for debtor and debtor in possession OPS ACCOUNTING, INC. (the "Debtor"), pursuant to 11 U.S.C. §§ 330 and 331, applies to this Court for an entry of an order: (a) allowing as second interim and final compensation the amount of $4,080.00 for legal services rendered during the period of August 1, 2021 through November 10, 2021 ("Application Period") and reimbursement of expenses in the amount of $37.60 for the Application Period; (b) allowing all fees and expenses on a final basis; and (c) authorizing the Debtor to pay the allowed fees and expenses on a final basis. In support thereof, Gutnicki respectfully states as follows:

**BACKGROUND**

1. On January 1, 2021 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code.

2. The Debtor is a small business debtor as defined in 11 U.S.C. §101(51D) and continues to operate as a debtor in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code. The Debtor is a Sub Chapter V Corporate Debtor.

3. Matthew Brash has been appointed as the Chapter V trustee for the Debtor's estate (the "Chapter V Trustee").

1

4. The Debtor has a principal place of business in Libertyville, Illinois. The Debtor operates an accounting firm.

5. On January 21, 2021, the Court approved the retention of Gutnicki as general bankruptcy counsel to the Debtor retroactive to January 1, 2021. On the same date, the Court approved the retention of David Freydin and the Law Offices of David Freydin PC (collectively, "Freydin") as corporate counsel to the Debtor retroactive to January 1, 2021.

6. On July 15, 2021, this Court confirmed the Debtor's Plan of Reorganization.

7. On August 26, 2021, the Court approved first interim fee applications for Gutnicki and Freydin for fees and expenses incurred from January 1, 2021 through July 31, 2021 as follows: (a) Gutnicki was allowed $11,439.50 as first interim fees; and (b) Freydin was allowed $4,375.00 in fees and $1,738.00 in expenses. Freydin is not owed any additional fees in this case.

8. Gutnicki seeks approval of second interim fees in the amount of $4,080.00 and expenses in the amount of $37.60 for the Application Period, as well as approval of all fees on a final basis.

9. On November 11, 2021, the Debtor filed a motion for final decree.

## Narrative Summary of Services

10. Gutnicki has assisted the Debtor in the administration of the bankruptcy Estate including retention of professionals, negotiations with First Home Bank, and preparing and confirming a Plan of Reorganization in this case. Since the last application period, Gutnicki has incurred fees relating to its first interim fee application, communications with the Debtor regarding Plan payments and preparation of a motion for final decree.

11. Gutnicki rendered actual and necessary services to the Debtor as detailed on the attached invoice. The fees incurred total $4,080.00 for the Application Period. Gutnicki incurred expenses in the amount of $37.60 (for mailing costs).

12. The hourly rates for the Gutnicki Professionals (for Ms. Stein $400/hour) are customary and reasonable and are the same hourly rates charged to Gutnicki's non-bankruptcy clients for various other matters. The fees incurred were for services that did not overlap with the fees charged and services provided by Freydin as corporate counsel.

13. Gutnicki respectfully submits that the fees and expense reimbursement sought herein are reasonable given the nature, extent and value of the services rendered, the quality and skill which the situation required, and the costs of comparable services in other cases under bankruptcy cases, and that time has been fairly and properly expended.

14. Gutnicki expended a total of 10.20 hours for the services provided to the Debtor. Based on the hourly charges of Gutnicki set forth above, Gutnicki requests that the Court determine and allow it on a final basis $4,080.00 as compensation and reimbursement of expenses in the amount of $37.60 pursuant to Sections 330 and 331 of the Bankruptcy Code.

15. A notice of hearing was provided to (a) the Debtor; (b) the U.S. Trustee; (c) the Chapter V Trustee; (d) all parties that have requested notice via ECF; and (e) all other creditors in this case.

WHEREFORE, Gutnicki LLP respectfully request that the Court enter an Order:

(A) Allowing and awarding it second interim compensation in the amount of $4,080.00 for actual and necessary professional services rendered and reimbursement of expenses in the amount of $37.60;

(B) Authorizing the Debtor to pay the allowed fees and expenses on a final basis;

(C) Finding notice as provided is sufficient under the circumstances; and

(D) Granting such other and further relief as the Court deems just and proper.

                                                                 GUTNICKI LLP

                                                                 By:   /s/ Miriam R. Stein
                                                                              Of Counsel

Miriam R. Stein (6238163)
Gutnicki LLP
4711 Golf Road, Suite 200
Skokie, IL 60076
(847) 745-6592
mstein@gutnicki.com